LCN

RECEIVED

JAN 30 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


FILED
3/30/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Michael Eston Dowling-Collins )
)
_____ )
)
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
Bethel New Life, Inc. )
)
_____ )
)
_____ )
(Name of the defendant or defendants) )

**17 CV 756**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE FINNEGAN**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  African American  of the county of  United States of America  in the state of  Illinois .

3. The defendant is  Bethel New Life, Inc. , whose street address is  4950 W. Thomas Street ,
(city)  Chicago  (county)  Cook  (state)  Illinois  (ZIP)  60651
(Defendant's telephone number) ( 773 ) –  473-7870

4. The plaintiff sought employment or was employed by the defendant at (street address)
   4950 W. Thomas  (city)  Chicago
   (county)  Cook  (state)  IL  (ZIP code)  60651

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐    was denied employment by the defendant.

(b) ☐    was hired and is still employed by the defendant.

(c) ☒    was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)_____04_____, (day)___17_____, (year)___2014_____.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

       (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]    ☐ *has not*      filed a charge or charges against the defendant

                                 ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

     (i)    ☒ the United States Equal Employment Opportunity Commission, on or about

           (month)_____10_____ (day)___18_____ (year)___2016_____.

     (ii)    ☒ the Illinois Department of Human Rights, on or about

           (month)_____10_____ (day)___18_____ (year)___2016_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.    ☒ YES.      ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2      The defendant is a federal governmental agency, and

       (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐     Yes (month)_____ (day)_____ (year) _____

☐     No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)     Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES     ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐     the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue*.

(b)☒     the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)____11_____ (day)__04____ (year)__2016___ a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a)☐     Age (Age Discrimination Employment Act).

(b)☐     Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

(see additional pages)

14.    ***[AGE DISCRIMINATION ONLY]***  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ YES    ☒ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): pay all back pay and other employee benefits

from the time of the plaintiff's termination until judgement, for all monetary losses for breach of

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

contract and for $500,000.00 in compensatory damages.

(g) [x]    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [x]    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

(Plaintiff's name)

Michael Dowling-Collins

(Plaintiff's street address)

5816 West Iowa Street

(City) Chicago          (State) Illinois     (ZIP) 60651

(Plaintiff's telephone number)  ( 312 ) –  361-7711

Date:  January 30, 2017

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Item 13 Continued

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION
### Cook County – Chicago

**Michael D. Collins**
5816 W. Iowa Street
Chicago, IL 60651

       Plaintiff

                                       Civil Action No.

v.

**Bethel New Life, Inc.**
4950 W. Thomas Street
Chicago, IL 60651

       Defendant

---

## COMPLAINT FOR UNLAWFUL DISCRIMINATION IN EMPLOYMENT, BREACH OF CONTRACT AND RELATED DAMAGES

Plaintiff Michael D. Collins states the following causes of action to this Court:

### Jurisdiction

1. Jurisdiction of this Court is based on 28 U.S.C. 1331, et seq. (Civil Rights Act of 1964, as amended).

2. Jurisdiction of this Court is also based on 28 U.S.C. 1367, et seq. (supplemental jurisdiction).

### Item 13 Continued

3. Prior to bringing this action plaintiff filed a timely complaint of discrimination with the U.S. Equal Employment Opportunity Commission and the Illinois Department of Human Rights, concurrently. On November 3, 2016 plaintiff received notice of his right to sue.

### Claims for Relief

4. Plaintiff is African American.

5. In early April 2014 defendant through its agents recruited plaintiff into the position of Facilities Manager to take responsibility for a much larger real estate portfolio which defendant was planning to redevelop.

6. Plaintiff had impressive credentials for such a position, Including a master's degree from Illinois Institute of Technology.

7. After discussions between the parties plaintiff began his employment with defendant on April 28, 2014 at an annual salary of only $65,000.00 but with explicit assurances from defendant that his pay would increase substantially and that the position would be one of great professional growth and opportunity over the next five to ten years.

8. During the term of his employment with defendant

2

**Item 13 Continued**

plaintiff was never given a performance appraisal (although he asked for one several times), was never given a salary increase and was never given any of the other professional opportunities on which he had relied in accepting the position.

9.  During the term of plaintiff's employment, defendant's top layer white management treated plaintiff differently from white employees including, but not limited to, requiring plaintiff to perform functions outside the scope of plaintiff's legitimate professional responsibilities, retaliating against plaintiff for advocating for an African American senior citizen whom defendant was subjecting to unlawful treatment and systematically scrutinizing, harassing and injuring plaintiff and his professional reputation.

10.  On May 6, 2016 defendant terminated plaintiff from his employment and expelled him from its premises.

11.  Defendant has caused plaintiff to suffer great monetary loss by breaching the contract of employment which existed between the parties.

12.  Defendant has caused plaintiff to suffer loss of pay and other employee benefits in violation of the Civil Rights Act of 1964,

3

**Item 13 Continued**

as amended, and in violation of the Illinois Human Rights Act.

13.    Defendant has caused plaintiff to suffer additional

great pain and suffering in violation of the Illinois Human Rights

Act.

Prayer for Relief

WHEREFORE, plaintiff requests this Court to enter judgment

against defendant for all back pay and attorneys' fees  from

the time of his termination until judgment, for all monetary losses for

breach of contract and for $500,000.00 in compensatory damages.


Respectfully submitted,


Michael D. Collins – Pro Se
5816 W. Iowa
Chicago, IL 60651
(773) 379-9807

**JURY DEMAND**

Plaintiff demands trial by jury of all issues so triable.


Michael D. Collins

4

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Michael Dowling-Collins<br>5816 W Iowa St<br>Chicago, IL 60651 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| 440-2017-00236 | Sergio Maldonado,<br>Investigator | | (312) 869-8129 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Juli— Bo_                    10/31/16

Enclosures(s)

**Julianne Bowman,**
**District Director**                    (Date Mailed)

cc:    **BETHEL NEW LIFE, INC.**
    **c/o Ed Coleman**
    **Interim President & Chief Executive Officer**
    **4950 W. Thomas**
    **Chicago, IL 60651**